UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-cv-20349-COOKE/O'SULLIVAN**

HENRY OROZCO,

    Plaintiff,

vs.

HIBACHI GRILL, INC.,
*a Florida profit corporation doing business as*
HIBACHI GRILL AND NOODLE BAR, *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

    THIS MATTER comes before me upon Judge O'Sullivan's Report and Recommendation (ECF No. 19), approving the parties' Settlement Agreement and recommending this case be dismissed with prejudice. I have reviewed Judge O'Sullivan's order and the record, in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

    The parties request that the Court dismiss the case with prejudice following the approval of the Settlement Agreement and that Judge O'Sullivan retain jurisdiction of the matter to enforce the terms of the Settlement Agreement. Given that the parties have moved this Court for a dismissal, and that the parties desire the Court to have continuing jurisdiction to enforce the terms of the Settlement Agreement, this Court shall retain jurisdiction of the matter to enforce the terms of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Court **ADOPTS** the Report and Recommendation (ECF No. 19).
2. This case is **DISMISSED** *with prejudice*. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.
3. The Clerk of Court shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers at Miami, Florida, this 20th day of April 2021.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of Record*